**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

**No. 7:11-CR-139-2H**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANCISCO SALOME-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' joint motion to continue arraignment. For good cause shown, the motion to continue arraignment is **GRANTED**. The arraignment is continued to Senior Judge Howard's January 10, 2012 term of court.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 5th day of December, 2011.

DAVID W. DANIEL
United States Magistrate Judge